UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUISHA MCFARLAND,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>        Respondent. | Case No. 5:24-CV-01751-JWH(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.[1]  Based upon that review, the Court hereby **ORDERS** as follows:

    1.    The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED.**

    2.    This action is **DISMISSED with prejudice.**

    3.    The Clerk is **DIRECTED** to serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

    4.    Judgment shall issue accordingly.

**IT IS SO ORDERED.**

Dated: December 29, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] The Court's docket reflects that the Notice of filing Report and Recommendation and Report and Recommendation, filed on October 27, 2025, were returned to the Court as undelivered mail. (Dkt. Nos. 49 & 50).