JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUISHA MCFARLAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>　　　　Respondent. | Case No. 5:24-cv-01751-JWH(AS)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice.**

     **IT IS SO ORDERED.**

Dated: December 29, 2025

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2